CT/cvmhrg (January 10, 2002)

HONORABLE M. R. Kravitz
DEPUTY CLERK K. Ghilardi    RPTR/ERO/TAPE M. Sherman

TOTAL TIME: 1 hours 25 minutes

DATE Oct. 22, 2003    START TIME 10:00    END TIME 11:25
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Musante

CIVIL NO. 3:01 cv 2352

vs.

Courtney A. George
Stuart M. Katz
Plaintiffs Counsel

☑ SEE ATTACHED CALENDAR FOR COUNSEL

Notre Dame of Easton

Brett M. Szczesny
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

#24 Motion Summary Judgement — ☐ granted ☐ denied ☑ advisement

Def - 2 wks 5th Nov. Supp. mat.
Pla - Resp. 19th Nov.
1 wk Have till 24th nov Def reply
mot under

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

    Oral Argument on Summary Judgement Calendar

       Honorable Mark R. Kravitz, U.S.D.J.
               141 Church Street
                  New Haven
            3rd Floor Courtroom #4

           Wednesday October 22, 2003
                   10:00 a.m.
```

CASE NO. <u>3:01cv2352    Musante v Notre Dame of Easton</u>

```
                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK
```

**3:01-cv-02352-MRK** Musante v. Notre Dame of Easton
Mark R. Kravitz, presiding
Date filed: 12/17/2001 **Date of last filing:** 09/22/2003

# Attorneys

| | | |
|---|---|---|
| **Stephen P. Fogerty**<br>Halloran & Sage<br>315 Post Rd. West<br>Westport, CT 06880<br>203-227-2855<br>*Assigned: 01/22/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Notre Dame of Easton Church**<br>*(Defendant)*<br><br>✓ Brett M. Szczesny |
| **Courtney A. George**<br>Cohen & Wolf, P.C.<br>1115 Broad St., Po Box 1821<br>Bridgeport, CT 06604<br>203-368-0211<br>*Assigned: 11/14/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Jacqueline M. Musante**<br>*(Plaintiff)* |
| **Stuart M. Katz**<br>Cohen & Wolf, P.C.<br>1115 Broad St., Po Box 1821<br>Bridgeport, CT 06604<br>203-368-0211<br>*Assigned: 12/17/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Jacqueline M. Musante**<br>*(Plaintiff)* |
| **Thomas P. O'Dea, Jr.**<br>Halloran & Sage<br>315 Post Rd. West<br>Westport, CT 06880<br>203-227-2855<br>*Assigned: 02/12/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Notre Dame of Easton Church**<br>*(Defendant)* |