FILED
Oct 22  3 04 PM '03
U.S. DISTRICT COURT
CONN.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE M. MUSANTE | : | CIVIL ACTION |
| | : | NO: 301CV2352(MRK) |
| VS. | : | |
| NOTRE DAME OF EASTON CHURCH | : | OCTOBER 21, 2003 |

### APPEARANCE

Please enter my appearance for the following defendant, NOTRE DAME OF EASTON CHURCH, in the above- entitled matter.

THE DEFENDANT
NOTRE DAME OF EASTON CHURCH

BY: _____
Brett M. Szczesny, of
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
Federal Bar #: CT 19560

::ODMA\MHODMA\iManage;277992;1

**HALLORAN & SAGE LLP**
ATTORNEYS AT LAW
315 Post Road West ▪ Westport, CT 06880 ▪ (203) 227-2855 ▪ Juris No. 412195

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed via certified mail on this 21st day of October, 2003 to all counsel of record, to wit:

Stuart M. Katz, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

277992.1(HS-FP)

Brett M. Szczesny

HALLORAN & SAGE LLP
ATTORNEYS AT LAW
315 Post Road West ▪ Westport, CT 06880 ▪ (203) 227-2855 ▪ Juris No. 412195