United States District Court
District of Connecticut
FILED AT    NEW HAVEN

Nov. 19, 2003
Kevin F. Rowe, Clerk
By: P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE M. MUSANTE, *Plaintiff*, | CIVIL ACTION NO.: 3:01 CV 2352 (MRK) |
| VS. | |
| NOTRE DAME OF EASTON CHURCH, *Defendant*. | NOVEMBER 19, 2003 |

### SUPPLEMENTAL AFFIDAVIT OF JACQUELINE M. MUSANTE

*COUNTY OF FAIRFIELD*   )
                        ) ss.:  Bridgeport, November 19, 2003
*STATE OF CONNECTICUT*  )

The undersigned, Jacqueline M. Musante, being duly sworn, deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. Notre Dame of Easton Church ("Notre Dame of Easton") was my employer from January 1988 through July 31, 2000.

3. During the period of my employment, I held the positions of Director of Religious Education ("D.R.E.") and Pastoral Assistant. When I became D.R.E. and Pastoral Assistant in 1988, I replaced two employees.

4. Father Robert Hyl ("Father Hyl") hired me for the positions of D.R.E. and Pastoral Assistant and was my direct supervisor from January 1988 through mid-January 1999. During that time period, Father Hyl was pastor of Notre Dame of Easton.

5. In mid-January 1999, Monsignor Thomas J. Driscoll ("Monsignor Driscoll") replaced Father Hyl as pastor of Notre Dame of Easton and became my direct supervisor. Monsignor Driscoll was my direct supervisor for approximately 1½ years: from mid-January 1999 through my last day of employment on July 31, 2000.

6. Although I retained the titles of D.R.E. and Pastoral Assistant throughout my employment at Notre Dame of Easton, my actual job functions changed once Monsignor Driscoll became pastor. Monsignor Driscoll eliminated various of my Pastoral Assistant functions, discontinued the Rite of Christian Initiation of Adults ("RCIA") process, for which I had been responsible, and limited my overall discretion.

7. Under Father Hyl, my actual functions as Pastoral Assistant included (1) reading scripture and distributing Communion during the daily 7:30 a.m. Mass; (2) training eucharistic ministers and readers; (3) supervising the Lay Caring Ministry; and (4) visiting hospitals and homebound parishioners.

8. When Monsignor Driscoll replaced Father Hyl, he eliminated my daily Mass functions. Before celebrating his first daily Mass as pastor of Notre Dame of Easton, Monsignor

Driscoll told me he did not want my assistance during Mass. He stated, "I'm a one-man show. I'd rather do it all myself."

9.      Monsignor Driscoll also prevented me from training eucharistic ministers and readers. Under Father Hyl, I recruited and trained parishioners to be eucharistic ministers and readers during Mass. When Monsignor Driscoll became pastor of Notre Dame of Easton, he told me that he wanted to participate in the training sessions. However, with the exception of one meeting with existing readers and eucharistic ministers, which he led, Monsignor Driscoll did not permit me to schedule any training sessions until the final days of my employment, well after he had notified me of my termination. At that time, Monsignor Driscoll allowed me to schedule a short meeting with some prospective readers. I instructed them in using the microphone and public speaking techniques.

10.     Monsignor Driscoll further took away my duties with respect to the Lay Caring Ministry. The Lay Caring Ministry was a group of adult volunteers who visited parishioners in nursing homes. I formed the Lay Caring Ministry under Father Hyl and directed the group: recruiting volunteers, scheduling their visits and meeting with the group monthly to discuss their visitation. When Monsignor Driscoll became pastor, he notified me that he was putting the new Associate Pastor, Father Xavier Renda, in charge of the Lay Caring Ministry.

3

11. Monsignor Driscoll also eliminated my RCIA duties. During Father Hyl's pastorate, I directed an RCIA process at Notre Dame. I worked with Father Hyl and a team of volunteer parishioners to prepare adults for induction into the church. The RCIA process ran for several years under Father Hyl. However, when Monsignor Driscoll replaced Father Hyl, he discontinued the RCIA process. To the best of my knowledge and belief, Notre Dame has not offered an RCIA process since Monsignor Driscoll became pastor.

12. Monsignor Driscoll limited my discretion to act. Monsignor Driscoll often withheld permission to implement programs or schedule events. For instance, in or about 1998, when Father Hyl was pastor, I organized a "Physician's Annual Communion Breakfast" for parish doctors. The following year, I approached Monsignor Driscoll a few times about organizing another breakfast for the doctors. However, each time Monsignor Driscoll told me to "hold off on that for now." As a result, I never organized another breakfast for the parish doctors.

13. Under Monsignor Driscoll, my actual functions as Pastoral Assistant were restricted to visiting parishioners at Bridgeport and St. Vincent's hospitals once a week and distributing Communion to homebound parishioners once a month. These activities occupied only a limited amount of my time.

4

14. I did <u>not</u> train volunteer teachers for the religious education program in my positions as Director of Religious Education or Pastoral Assistant. To the extent that I conducted any teacher trainings during the period of my employment at Notre Dame of Easton, it was in my separate employment for the Diocese of Bridgeport.

15. I was <u>never</u> in charge of organizing high school youth activities during my employment at Notre Dame of Easton. When Father Hyl was pastor, high school youth activities were organized by the Youth Minister. Father Hyl was Youth Minister for several years before hiring Joanne Mazzeo for the position. When Monsignor Driscoll became pastor, Notre Dame of Easton no longer had a Youth Minister. Instead, two parishioners, Wendy Barry ("Ms. Barry") and Tricia Ganim ("Ms. Ganim"), organized high school youth activities on a volunteer basis. Ms. Barry and Ms. Ganim had a budget and were in charge of planning activities. During the 1998-1999 school year, they organized several teen events, including: a pancake breakfast in the church hall, a 'lock-in' sleepover event in the church hall, a trip to Manhattan, and a trip to Mt. Snow. I was not in charge of these activities. I did participate on a committee which met a few times to make suggestions for activities. Monsignor Driscoll also participated on this committee and had final approval of activities.

16. I did not prepare children to receive the sacraments. At Notre Dame of Easton, sacramental preparation is through a series of special classes concerning the sacraments of

5

Reconciliation and Communion ("Sacrament Classes"). When Monsignor Driscoll was my supervisor, two parishioner volunteers, Denise Quatela and Jeanine Pagliaro, taught the Sacrament Classes and prepared students to receive the sacraments. To the extent that I had any involvement, it was limited to mailings, securing space, ordering supplies and meeting with parents prior to First Communion concerning seating, dress code and photography protocols.

17.    Teaching or religious instruction was _never_ one of my actual job functions at Notre Dame of Easton. When Father Hyl was pastor, I very occasionally substitute taught in the religious education program. By the time Monsignor Driscoll replaced Father Hyl, I had developed a list of substitutes who taught when regularly-assigned teachers were absent. Under Monsignor Driscoll, I rarely if ever substitute taught a religious education class. I certainly did _not_ substitute "whenever a teacher was sick or otherwise failed to appear."

18.    During the period of my employment under Monsignor Driscoll, Notre Dame of Easton offered monthly children's Masses. Father Martin J. Shaughnessy, a priest from Fairfield Preparatory School, presided over these Masses. The teachers in the religious education classes were responsible for selecting and preparing children to participate in the Masses. My involvement in coordinating these Masses was coordinating and publicizing dates, assigning classes to be in charge of each Mass, setting up the hall and photocopying materials for the teachers.

6

19. I did not 'establish the curriculum' for Notre Dame of Easton's religious education program. The curriculum of the religious education program was in place when I came to Notre Dame of Easton. To the extent that there were any changes in the curriculum during my employment under Father Hyl or Monsignor Driscoll, the changes were up to the pastor. Similarly, the choice of textbook for the religious education program was always up to the pastor.

20. When Monsignor Driscoll was my supervisor, I did not organize or implement the children's Christmas pageant. To the best of my knowledge and belief, the persons responsible for the Christmas pageant during that time period were two parishioner volunteers: Grace Marsillio and Jane Cervone.

21. I am aware that Notre Dame of Easton has represented that I 'was second only to the pastor.' However, I am only a lay person. When Monsignor Driscoll was my supervisor, the paid staff of Notre Dame of Easton included (1) the pastor; (2) an associate pastor; (3) two deacons; (4) a music director; (5) four secretaries; and (6) a custodian, in addition to myself. The pastor, associate pastor and deacons were all ordained and performed functions that I, as a lay person, could never perform. For instance, the two deacons routinely read the gospel, gave homilies and assisted the pastor during Mass and officiated at baptisms and weddings. I, as a lay person, could never perform these functions. Similarly, I could never – as the pastor and

associate pastor did – confect Communion or officiate at the celebration of the Mass or any of the Church's sacraments.

22. To the extent that I visited parishioners or distributed Communion during the period of my employment under Monsignor Driscoll, these are functions that are regularly performed by lay people. Throughout my employment at Notre Dame of Easton, there was a large group of volunteer parishioners who routinely participated as lectors (readers), distributed Communion during Mass, and visited elderly parishioners.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 19th day of November, 2003.

_____
Jacqueline M. Musante

*SUBSCRIBED* and *SWORN* to
Before me this 19th day of November, 2003

_____
Notary Public      JUDITH A. SWARBRICK
*My Comission Expires*: **NOTARY PUBLIC**
MY COMMISSION EXPIRES AUG. 31, 2005

8