United States District Court
District of Connecticut
FILED AT    NEW HAVEN

Nov 19 2003
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JACQUELINE M. MUSANTE,<br>    *Plaintiff,*<br><br>VS.<br><br>NOTRE DAME OF EASTON CHURCH,<br>    *Defendant.* | CIVIL ACTION NO.:<br>3:01 CV 2352 (MRK)<br><br><br>NOVEMBER 17, 2003 |

### AFFIDAVIT OF GAIL ALTIERI

*STATE OF CONNECTICUT*)
                    ) *ss.:*  Bridgeport,  November 17, 2003
*COUNTY OF FAIRFIELD*)

The undersigned, Gail Altieri, being duly sworn, deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I have been a parishioner of Notre Dame of Easton Church in Easton, Connecticut ("Notre Dame") for approximately twenty (20) years.

3.  From approximately 1995 through 1998, I volunteered in the Rite of Christian Initiation of Adults ("RCIA") program at Notre Dame. During that time period, Father Robert Hyl ("Father Hyl") was pastor of Notre Dame.

4.  In approximately January 1999, Monsignor Thomas J. Driscoll ("Monsignor Driscoll") replaced Father Hyl as pastor of Notre Dame.

5.  To the best of my knowledge and belief, Notre Dame has not offered an RCIA program since Monsignor Driscoll became pastor.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 17th day of November, 2003.

_____
Gail Altieri

*SUBSCRIBED* and *SWORN* to before me this 17th day of November, 2003

_____
Deborah L. Mahoney
Notary Public
*My Commission Expires*: 03/31/2007

-2-