United States District Court
District of Connecticut
FILED AT      NEW HAVEN

Nov 19 2003
Kevin F. Rowe, Clerk

By P. A. Villano
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE M. MUSANTE, | : | CIVIL ACTION NO.: |
| *Plaintiff,* | : | 3:01 CV 2352 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| NOTRE DAME OF EASTON CHURCH, | : | NOVEMBER 17, 2003 |
| *Defendant.* | : | |
| | : | |

## AFFIDAVIT OF DENISE QUATELA

*STATE OF CONNECTICUT* )
                         )    *ss.:*    Bridgeport, November 17, 2003
*COUNTY OF FAIRFIELD*   )

The undersigned, Denise Quatela, being duly sworn, deposes and says:

1.      I am over the age of eighteen and believe in the obligations of an oath.

2.      I have been a parishioner of Notre Dame of Easton Church in Easton, Connecticut

("Notre Dame") since 1988.

3.      I have been a volunteer catechist in Notre Dame's Religious Education Program since 1989, except for a two-year period from July 1995 through July 1997 when I lived outside the country.

4.      At the time I became a volunteer catechist, Jacqueline M. Musante ("Mrs. Musante") was the Director of Religious Education and Pastoral Assistant for Notre Dame. The current Director of Religious Education and Pastoral Assistant for Notre Dame is Deacon Vincent J. Heidenreich.

5.      Jeanine Pagliaro ("Mrs. Pagliaro") is a parishioner of Notre Dame and a catechist in Notre Dame's Religious Education Program.

6.      Since approximately 1997, Mrs. Pagliaro and I have shared responsibility for preparing children to receive the sacraments of Reconciliation and Communion (collectively, the "Sacraments") at Notre Dame.

7.      Children at Notre Dame must attend six (6) hours of special classes per sacrament ("Sacrament Classes") before they can receive the Sacraments. The Sacrament Classes are separate and apart from regular Religious Education classes. Children usually take the Sacrament Classes when they are in Second Grade.

-2-

9.    Mrs. Pagliaro and I have taught the Sacrament Classes together since approximately 1997. In teaching the Sacrament Classes, we use a textbook, videotapes and do crafts.

10.    During the period of my involvement with the Sacrament Classes, Mrs. Musante did not teach any of the Sacrament Classes. In my experience, Mrs. Musante's involvement in Notre Dame's sacramental preparation was limited to mailings (*i.e.* class and event schedules), scheduling, coordinating meeting space, ordering materials, and meeting with parents prior to the celebration of First Communion concerning seating arrangements, dress code, photography protocols, and the availability of videotapes.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 17th day of November, 2003.

Denise Quatela

**SUBSCRIBED** and **SWORN** to before me this 17th day of November, 2003

Deborah L. Mahoney
Notary Public
*My Commission Expires*:  03/31/2007

-3-