UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE MUSANTE : | |
| : | CIVIL ACTION NO. |
| : | 3:01cv2352 (MRK) |
| v. : | |
| : | |
| NOTRE DAME OF EASTON CHURCH : | |

## **JUDGMENT**

This matter came on for consideration on defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 30, 2004, entered a Ruling on the defendant's Motion for Summary Judgment granting the relief. as to all federal claims in the complaint and declining to exercise supplemental jurisdiction over any remaining state law claims.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 1st of April, 2004.


KEVIN F. ROWE, CLERK
By
  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____

1