FILED
Apr 13  2 11 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACQUELINE MUSANTE

V.                                                          CIVIL ACTION NO.
                                                            3:01cv2352(MRK)

NOTRE DAME OF EASTON CHURCH    :    APRIL 12, 2004

## MOTION TO AMEND THE JUDGMENT

Pursuant to Federal Rule of Civil Procedure 59, the defendant hereby moves the court to alter and/or amend the judgment entered on its behalf on April 1, 2004.

The defendant filed a motion for summary judgment in the above captioned matter. The court heard oral argument and entertained supplemental briefs. On March 30, 2004, the court filed a ruling on defendant's motion for summary judgment. In that ruling, the court concluded "because the court concludes on the undisputed record that Ms. Musante was a ministerial employee, the court lacks subject matter jurisdiction over her ADEA and state law claims. Accordingly, defendant's motion for summary judgment is granted".

On April 1, 2004, the court entered judgment in favor of the defendant. In the judgment the clerk noted "on March 30, 2004 [the court] entered a ruling on the defendant's motion for summary judgment granting the relief as to all federal claims in the complaint and declining to exercise supplemental jurisdiction over any remaining state law claims." The judgment should be modified in accordance with the court's written ruling on defendant's motion for summary judgment and the April 1, 2004

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

judgment should reflect the court's conclusion that it lacks subject matter jurisdiction over the plaintiff's ADEA and state law claims. As it stands now, the judgment erroneously reports that the court declined to exercise supplemental jurisdiction over any remaining state law claims.

WHEREFORE, the defendant respectfully requests that the court modify the judgment entered on April 1, 2004 to reflect the court's conclusion in its ruling of March 30, 2004 that the court lacks subject matter jurisdiction over the plaintiff's ADEA and state law claims.

                    THE DEFENDANT
                    NOTRE DAME OF EASTON CHURCH

                    By _____
                    Thomas P. O'Dea, Jr. of
                    HALLORAN & SAGE LLP
                    Fed. Bar #ct10390
                    315 Post Road West
                    Westport, CT 06880
                    (203) 227-2855

2

315 Post Road West       HALLORAN       Phone (203) 227-2855
Westport, CT 06880       & SAGE LLP       Fax (203) 227-6992
                                                        Juris No. 412195

## CERTIFICATION

This is to certify that on this 12th day of April, 2004, I hereby mailed a copy of the foregoing to:

Stuart M. Katz, Esq.
Cohen & Wolfe
1115 Broad Street
Bridgeport, CT 06604

_____
Thomas P. O'Dea, Jr.

315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195