## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE MUSANTE | : |
| | : CIVIL ACTION NO. |
| | : 3:01cv2352 (MRK) |
| v. | : |
| | : |
| NOTRE DAME OF EASTON CHURCH | : |

## **AMENDED JUDGMENT**

The judgment entered in this case on April 1, 2004, is hereby amended as follows. This matter came on for consideration on defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 30, 2004, entered a Ruling on the defendant's Motion for Summary Judgment granting the relief as to all federal and state law claims.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 15th of April, 2004.

KEVIN F. ROWE, CLERK
By
   /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____

1