UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE MUSANTE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:01CV2352(MRK) |
| v. | : | |
| | : | |
| NOTRE DAME OF EASTON | : | |
| CHURCH, | : | |
| | : | |
| Defendant. | : | |

ORDER


Defendant's Motion to Amend the Judgment [doc. #45] is GRANTED. The Clerk will

issue an amended judgment conforming to this Court's ruling entered on March 30, 2004.




IT IS SO ORDERED,


/s/         Mark R. Kravitz
                U.S.D.J.



Dated at New Haven, Connecticut: April 16, 2004