UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE M. MUSANTE | : | CIVIL ACTION NO. 3:01-cv-02352(MRK) |
| V. | : | |
| NOTRE DAME of EASTON CHURCH | : | April 21, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves to withdraw his Appearance on behalf of the defendant, Notre Dame of Easton Church, in the above-captioned matter. The defendant will continue to be represented by Thomas P. O'Dea, Jr. and Brett Michael Szczesny of Halloran & Sage, LLP, whose Appearances are already on file.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

THE DEFENDANT:
NOTRE DAME OF EASTON CHURCH

By _____
Stephen P. Fogerty of
HALLORAN & SAGE LLP
Fed. Bar #ct 01398
315 Post Road West
Westport, CT 06880
(203) 227-2855

CERTIFICATION

       This is to certify that on this 14th day of April, 2004, I hereby mailed a copy of the foregoing to:

Courtney A. George, Esq.
Stuart M. Katz, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06604

                                            Stephen P. Fogerty