UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE MUSANTE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:01CV2352 (MRK) |
| v. | : | |
| | : | |
| NOTRE DAME OF EASTON CHURCH, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Motion To Withdraw Appearance [doc. #48], dated April 14, 2004, is hereby GRANTED and the appearance of Attorney Stephen P. Fogerty is terminated.

IT IS SO ORDERED,

/s/      Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: May 3, 2004

1